In The
 Court of Appeals
 Ninth District of Texas at Beaumont
 __________________
 NO. 09-19-00308-CV
 __________________
 
ARENA ENERGY HOLDINGS, LP, ARENA ENERGY LP, ARENA ENERGY GP, LLC, ARENA OFFSHORE LP, ARENA OFFSHORE GP, LLC, ARENA OFFSHORE II, LP, ARENA OFFSHORE III, LP, AND ARENA EXPLORATION, LLC, TODD LEWIS STONE, AS TRUSTEE FOR TLS INVESTMENT TRUST, TLS 2009 INVESTMENT TRUST, TLS AE GP TRUST, AND TLS AOL GP TRUST, Appellants
 
 V.
 
JENNIFER ANNE STONE, JENNIFER A. STONE, AS TRUSTEE OF THE JAS INVESTMENT TRUST, AND TODD LEWIS STONE, Appellees
 
 __________________________________________________________________
 
 On Appeal from the 410th District Court
 Montgomery County, Texas
 Trial Cause No. 18-02-01705-CV
 __________________________________________________________________
 
 MEMORANDUM OPINION
 Appellants Arena Energy Holdings, LP, Arena Energy LP, Arena Energy GP, LLC, Arena Offshore LP, Arena Offshore GP, LLC, Arena Offshore II, LP, Arena Offshore III, LP, and Arena Exploration, LLC filed an unopposed motion to dismiss this accelerated appeal. This motion is voluntarily made by appellants prior to any decision of this Court. See Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.
 APPEAL DISMISSED.
 
 ______________________________
 HOLLIS HORTON 
 Justice
 
Submitted on November 13, 2019
Opinion Delivered November 14, 2019

Before McKeithen, C.J., Horton and Johnson, JJ.